IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT C. HEINS,**<br>        **Plaintiff,**<br><br>    v.<br><br>**ALAN RITCHEY, INC.,**<br>        **Defendant.** | **CIVIL ACTION**<br><br><br><br><br>**NO. 13-2798** |

# O R D E R

**AND NOW**, this 12TH day of June 2014, having considered Defendant's Motion for Summary Judgment, filed on April 18, 2014 (ECF 18), Plaintiffs' Response in Opposition thereto, filed on May 15, 2014 (ECF 21), and Defendant's Reply in Support of the Motion, filed on May 22, 2014, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motion for Summary Judgment is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\Caitlin\Civil\13-2798 (Heinz)\2014.6.12 MSJ Order.docx